IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN INSTITUTIONAL LLC,<br><br>　　　　　　　　　Defendant. | C.A. No. 19-cv-164 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Plaintiffs"), through their undersigned counsel, hereby file this voluntary notice of dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i). This notice is timely filed, as Defendant Mylan Institutional LLC has not yet filed an answer to Plaintiffs' complaint.

| | |
|---|---|
| Dated: September 20, 2019 | SCHRADER COMPANION DUFF & LAW, PLLC |
| | |
| | */s/ James F. Companion* |
| OF COUNSEL: | James F. Companion (#790) |
| | jfc@schraderlaw.com |
| Jeffrey J. Oelke | Sandra K. Law (#6071) |
| joelke@fenwick.com | skl@schraderlaw.com |
| Ryan P. Johnson | 401 Main Street |
| ryan.johnson@fenwick.com | Wheeling, WV 26003 |
| Laura T. Moran | (304) 233-3390 |
| laura.moran@fenwick.com | *Attorney for Novo Nordisk Inc. and Novo Nordisk A/S* |
| So Yeon Choe | |
| schoe@fenwick.com | |
| FENWICK & WEST LLP | |
| 902 Broadway, Suite 14 | |
| New York, NY 10010-6035 | |
| (212) 430-2600 | |

**SO ORDERED**, this _____ day of _____, 2019.

_____
Hon. Thomas S. Kleeh
United States District Court Judge