```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**NOVO NORDISK INC. and**
**NOVO NORDISK A/S,**

    **Plaintiffs,**

v.                                          CIVIL CASE NO: 1:19-cv-164
                                                                       (Judge Kleeh)

**MYLAN INSTITUTIONAL LLC,**

    **Defendant.**


## DISMISSAL ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties filed a *Notice of Dismissal Without Prejudice* [Dkt. No. 18] in the above-referenced civil action on September 20, 2019. Based on that notice and for reasons apparent to the Court, this matter is hereby **DISMISSED WITHOUT PREJUDICE** and stricken from the docket of the Court.

It is so **ORDERED.**

The Clerk is **DIRECTED** to forward a copy of this order to all counsel of record.

DATED: September 23, 2019

                                              /s/ Thomas S. Kleeh
                                              THOMAS S. KLEEH
                                              UNITED STATES DISTRICT JUDGE