AO 120 (Rev. 08/10)

1:19cv164

FILED
AUG 22 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Northern District of West Virginia___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>8/22/2019 | U.S. DISTRICT COURT<br>for the Northern District of West Virginia | |
|---|---|---|---|
| PLAINTIFF<br>NOVO NORDISK INC. and NOVO NORDISK A/S | | DEFENDANT<br>MYLAN INSTITUTIONAL LLC | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  6,268,343 B1 | 7/31/2001 | NOVO NORDISK A/S | |
| 2  7,762,994 B2 | 7/27/2010 | NOVO NORDISK A/S | |
| 3  8,114,833 B2 | 2/14/2012 | NOVO NORDISK A/S | |
| 4  8,579,869 B2 | 11/12/2013 | NOVO NORDISK A/S | |
| 5  8,846,618 B2 | 9/30/2014 | NOVO NORDISK A/S | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed without prejudice on September 23, 2019. |

| CLERK<br>Cheryl Dean Riley, Clerk of Court | (BY) DEPUTY CLERK<br>/s/ Kim A. Criswell | DATE<br>12/30/2021 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

## ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED 8/22/2019 | U.S. DISTRICT COURT for the Northern District of West Virginia |
|---|---|---|
| PLAINTIFF NOVO NORDISK INC. and NOVO NORDISK A/S | | DEFENDANT MYLAN INSTITUTIONAL LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 9,265,893 B2 | 2/23/2016 | Novo Nordisk A/S |
| 7 | RE41,956 E | 11/23/2010 | Novo Nordisk A/S |
| 8 | | | |
| 9 | | | |
| 10 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
|---|---|---|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |