

400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000   (304) 933-8183 Fax
www.steptoe-johnson.com

Writer's Contact Information

(304) 933-8162

WRITER'S E-MAIL ADDRESS

gordon.copland@steptoe-johnson.com

January 21, 2022

**VIA CM/ECF**

The Honorable Cheryl Dean Riley
Clerk, United States District Court
Northern District of West Virginia
P.O. Box 471
Wheeling, WV 26003

       Re:    Novo Nordisk Inc., et al. v. Mylan Institutional LLC
                Civil Action No.: 1:19-cv-164
                <u>U. S. District Court, Northern District of West Virginia</u>

Dear Clerk Riley:

       This letter responds, on behalf of Defendant Mylan Institutional LLC ("Mylan"), to your letter of December 30, 2021 relating to a conflict of interest question and Judge Kleeh.

       It is Mylan's position that any possible conflict that existed for Judge Kleeh with regard to this litigation is immaterial in light of the lack of any substantive action by Judge Kleeh, and the dismissal of the case.

       Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me.

                            Very truly yours,

                            Gordon H. Copland

GHC/sdf
cc: all counsel (via CM/ECF)

